

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2018

No. 04-18-00217-CR

Juan **HERNANDEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11271
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

The Appellant's Motion for extension of time to file brief is hereby GRANTED. The appellant's brief is due on January 11, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court